IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GREGORY RHYMES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:14-cv-22-CSC |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

On January 27, 2015, the defendant filed a motion to reverse and remand for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 23).  The plaintiff does not object to a remand.  In addition, the parties have consented to the entry of final judgment by the United States Magistrate Judge. See 28 U.S.C. § 636(c). Accordingly, it is

**ORDERED** that the defendant's motion to remand (Doc. 23) be and is hereby **GRANTED**. It is further

**ORDERED** that the oral argument set for January 29, 2015 be and is hereby **CANCELLED**.  It is further

**ORDERED AND ADJUDGED** that the decision of the Commissioner be and is hereby **REVERSED** and this case be and is hereby **REMANDED** to the Commissioner for further proceedings. Finally, it is

**ORDERED** that, in accordance with *Bergen v. Comm'r of Soc. Sec.*, 454 F.3d 1273,

1278 n.2 (11 Cir. 2006), the plaintiff shall have ninety (90) days after she receives notice of any amount of past due benefits awarded to seek attorney's fees under 42 U.S.C. § 406(b). See also *Blitch v. Astrue*, 261 Fed. Appx. 241, 242 fn.1 (11th Cir. 2008).

    A separate order will be entered.

    Done this 27th day of January, 2015.

                                  /s/Charles S. Coody
                                  CHARLES S. COODY
                                  UNITED STATES MAGISTRATE JUDGE